**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Conrad Joseph Old HORN, Jr.,
Defendant—Appellant.**

**No. 11–30024.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Eric Vincent Carroll, Esquire, Assistant U.S., Leif Johnson, Assistant U.S.,

USBI—Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Robert Henry Branom, Jr., Assistant Federal Public Defender, FDMT—Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Conrad Joseph Old Horn, Jr., appeals from the 51–month sentence imposed following his guilty-plea conviction for assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153, 113(a)(6). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Old Horn contends that the district court erred by refusing to grant him a two-level reduction for acceptance of responsibility. In light of the record before the district court, there was no clear error. *See United States v. Hopper,* 27 F.3d 378, 381–82 (9th Cir.1994).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.